# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00397-CV

**Appellant, Texley Incorporated d/b/a Glamour Girls// Cross-Appellant, Glenn Hegar, in his Official Capacity as Texas Comptroller of Public Accounts**

**v.**

**Appellee, Glenn Hegar, in his Official Capacity as Texas Comptroller of Public Accounts// Cross-Appellee, Texley Incorporated d/b/a Glamour Girls**

### FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-18-001834, THE HONORABLE JAN SOIFER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

We abate this cause pending the Texas Supreme Court's consideration of *EBS Solutions, Inc. v. Hegar*, No. 18-0503, on petition for review of this Court's opinion in *Hegar v. EBS Solutions, Inc*., 549 S.W.3d 849 (Tex. App.—Austin 2018, pet. filed) (en banc).  We direct the parties to file a letter updating this Court within 30 days of the disposition of the petition for review.  *See* Tex. R. App. P. 56.1.  Should the Texas Supreme Court grant that petition, we further direct the parties to file a letter within 30 days of the issuance of the mandate reflecting final judgment in the case.  *See id*. R. 18.1.  Failure to do so may result in this Court reinstating and dismissing this appeal for want of prosecution.  *See id*. R. 42.3(b).

Before Justices Goodwin, Baker, and Smith

Abated

Filed:   February 21, 2019